FILED
June 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____RR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:25-CR-00351-XR

| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>DAMIAN SOTO<br><br>Defendant | **INDICTMENT**<br><br>COUNT 1:  18 U.S.C. § 933(a)(2) & (3)<br>**Attempt to Traffic Firearms** |
|---|---|

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 933(a)(2) & (3)]

On or about May 28, 2025, in the Western District of Texas, the defendant,

**DAMIAN SOTO**

did attempt to receive at least one firearm, to wit: an FN Herstal SCAR-type rifle, from another person in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: possession of a machinegun and straw purchasing of firearms in violation of Title 18, United States Code, Section 933(a)(2) &

(3).



A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN SIMMONS
UNITED STATES ATTORNEY

BY: _____
Zachary W. Parsons
Assistant U.S. Attorney